## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BENEDICT VINCENT SOKOLOWSKI, | : | Case No: 13 5:17-bk-03867-JJT |
| and LYNDA JO SOKOLOWSKI | : | |
| | : | CHAPTER 13 |
| **Debtor.** | : | |
| | : | |
| BENEDICT VINCENT SOKOLOWSKI, | : | |
| and LYNDA JO SOKOLOWSKI | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | **MOTION TO REJECT AND/OR** |
| | : | **REFORM EXECUTORY CONTRACT** |
| | : | **11 U.S.C. § 365** |
| ESSA BANK AND TRUST, JACOB RYBNER | : | |
| FALLING CREEK, LLC. | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATION OF SERVICE

I, Kevin J. Gaeta, Paralegal for ARM Lawyers, hereby certifies that I have sent a true and correct copy of the foregoing Motion to Reject and/or Reform Executory Contract Pursuant to 11 U.S.C. §365, Exhibits A-B, Notice of Motion, and Proposed Order to the parties listed below:

Charles DeHart III
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*(Standing Chapter 13 Trustee)*

Via Public Access to Court Electronic Records/ Electronic Case Filing and to the following recipients via

U.S. Certified Mail – Return Receipt Requested on <u>November 13, 2017</u>:

J. Zac Christman, Esquire
Newman, Williams, Mishkin, Corveleyn, Wolfe & Fareri, P.C.
712 Monroe Street
Stroudsburg, PA 18360
*(Attorney for ESSA Bank & Trust)*

Falling Creek LLC
696 Seven Bridge Road
East Stroudsburg, PA 18301
*(Respondent at Last Known Address)*

Elizabeth Anderson, Esq.
1761 Route 590
Hawley, PA 18428
*(Attorney for Falling Creek LLC)*

Jacob Rybner
105 Pueblo Place
Pocono Lake, PA 18347
*(Respondent at Last Known Address)*

Jacob Rybner
716 Cranbury Road
East Brunswick, NJ 08816
*(Respondent at Alternate Address)*

Jacob Rybner
2684 Bantham Lane
Lancaster, PA 17601
*(Respondent at Alternate Address)*

Date: <u>November 9, 2017</u>

<u>/s/ Kevin J. Gaeta</u>
Kevin J. Gaeta
Paralegal
ARM Lawyers