# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BENEDICT VINCENT SOKOLOWSKI, and LYNDA JO SOKOLOWSKI | : : : : : : | Case No: 5:17-bk-03867-JJT<br><br>CHAPTER 13 |
| Debtor. | | |
| BENEDICT VINCENT SOKOLOWSKI, and LYNDA JO SOKOLOWSKI | : : : : | |
| Movant, | : : | |
| v. | : : : : | **MOTION TO REJECT AND/OR REFORM EXECUTORY CONTRACT 11 U.S.C. § 365** |
| ESSA BANK AND TRUST, JACOB RYBNER FALLING CREEK, LLC. | : : : | |
| Respondents, | : : | |

## ORDER

AND NOW, this 9th day of March 2018, upon consideration of Movant's Motion to Reject Executory Contract pursuant to 11 U.S.C. § 365, it is so ORDERED that the executory contract between the Debtors, ESSA Bank and Trust, Jacob Rybner and/or Falling Creek, LLC. is rejected.

Further, the construction agreement between the Debtors and Rybner and/or Falling Creek, LLC is rejected.

Dated: March 9, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)